# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **AMIT PUNALEKAR,**<br>*Plaintiff*<br><br>**v.**<br><br>**ALLSTATE INDEMNITY COMPANY,**<br>*Defendant* | § § § § § § § § § | **No. 1:26-cv-00792-RP** |

## ORDER

The parties filed their Proposed Scheduling Order on July 6, 2026. Dkt. 9. The Proposed Scheduling Order omits deadlines included in Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows Judge Pitman's form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **July 17, 2026**.

**SIGNED** on July 8, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1